## **Exhibit A**

### Schedule of Transfers to Lawrence Benenson

| Date of Transfer | Transfer Type | Transfer Amount |
|---|---|---|
| 6/4/2015 | WIRE | $100,000 |