TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Jared C. Borriello

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> CHOWAIKI & CO. FINE ART LTD., <br><br> Debtor. | Chapter 7 <br><br> Case No. 17-13228 (MKV) |
| ALBERT TOGUT, Not Individually But Solely In His Capacity as Chapter 7 Trustee of the Estate of Chowaiki & Co. Fine Art Ltd., <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE BENENSON, <br><br> Defendant. | Adv. Pro. No. 19-01389 (MKV) |

**AFFIDAVIT OF SERVICE OF (I) SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; AND (II) COMPLAINT**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

CLARA OLIVER, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

      On November 8, 2019, deponent served a copy of the (I) *Summons and Notice of Pre-Trial Conference in an Adversary Proceeding* and (II) *Complaint*, together with its exhibit, upon the party set forth on the service list annexed hereto, by depositing true copies of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                  */s/Clara Oliver*
                                                  CLARA OLIVER

Sworn to before me this
11th day of November 2019

*/s/Krista Lee Ackerman*
NOTARY PUBLIC

## SERVICE LIST

*By First-Class Mail*

Lawrence Benenson  
c/o Benenson Capital Partners  
708 Third Avenue  
New York, NY 10017